In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00109-CV

                                                ______________________________

 

 

       RALPH WHITLEY, D/B/A RALPH WHITLEY BUILDERS,
Appellant

 

                                                                V.

 

            BRENDA SKINNER, INDIVIDUALLY AND ON BEHALF OF

THE ESTATE OF CHRIS
SKINNER, AND AS NEXT FRIEND OF

KRYSTAL SKINNER AND AARON
ABUNDIZ, ET AL., Appellees

 

 

                                                                                                  


 

 

                                       On Appeal from the 196th
Judicial District Court

                                                              Hunt County, Texas

                                                            Trial
Court No. 72,378

 

                                                                                                  


 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                     MEMORANDUM 
OPINION

 

            Appellant,
Ralph Whitley, d/b/a Ralph Whitley Builders, has represented to this Court that
the parties have reached a full and final settlement.  In such a case, no real controversy exists,
and in the absence of a controversy, the appeal is moot.

            We
dismiss this appeal.

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          March
3, 2011

Date Decided:             March
4, 2011